COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Steven I. Rockman M.D. v. OB Hospitalist Group, LLC et al

Appellate case number: 01-21-00383-CV

Trial court case number:    2020-59786

Trial court:                281st District Court of Harris County

On August 23, 2022, attorney Hailey L. Suggs filed a motion to withdraw as counsel. The motion was filed in appellate cause number 01-21-00156-CV, an interlocutory appeal dismissed on November 30, 2021 after an appeal was filed from the trial court's final judgment. Because upon dismissal the appellate record and the briefs from appellate cause number 01-21-00156-CV were transferred to appellate cause number 01-21-00383-CV—the appeal from the trial court's final judgment—the motion to withdraw has likewise been transferred to appellate cause number 01-21-00383-CV.

The motion to withdraw as counsel is **granted.**

It is so ORDERED.

Judge's signature:            /s/ Richard Hightower
                              Acting individually

Date: January 5, 2023